IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02999-AP

JOSIE A. DALTON,

      Plaintiff,

      v.

CAROLYN COLVIN, Acting Commissioner of Social Security,

      Defendant.

---

**ORDER**

---

Kane, J.

      Defendant's Unopposed Motion to Remand for Further Administrative Proceedings (doc. # 26), filed July 18, 2014, is **GRANTED**.

      This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk is directed to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

      Dated: July 18, 2014.

                                    BY THE COURT:

                                    *s/John L. Kane*_____
                                    JOHN L. KANE, SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT